**Joshua Bernard JOHNS, Petitioner–Appellant,**

v.

**Alton BASKERVILLE, Warden, Respondent–Appellee.**

No. 01–6429.

United States Court of Appeals, Fourth Circuit.

Submitted July 12, 2001.

Decided July 20, 2001.

Joshua Bernard Johns, pro se.

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

PER CURIAM.

Joshua Bernard Johns seeks to appeal the district court's order denying relief on

his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability, deny Johns' motion for a writ of habeas corpus, and dismiss the appeal on the reasoning of the district court. *See Johns v. Baskerville,* No. CA–01–58–AM (E.D.Va. Feb. 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*